UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 13-17290
)
Ralph C. Hughes ) Chapter 7
)
Debtor ) Judge Morgenstern-Clarren

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The ACH Direct Debit in the amount of $49.58, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Kimberly Park Apartments, LLC**<br>**5936 Stumph Road**<br>**Parma, Ohio 44130** | #4 | $ 300.00 | $ 24.02 |
| **Nadia Mitina**<br>**7801 Dary Drive**<br>**Parma, Ohio 441296** | #9 | $15,000.00 | $1,201.23 |

Dated: December 10, 2015

/s/ Sheldon Stein_____
Sheldon Stein, Trustee

cc: United States Trustee